UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 15-30141 |
| GERTRUDE STREET METAL | ) | CHAPTER 11 |
| RECYCLING, INC. | ) | |
|     Debtor, | ) | |
| | ) | |
| RANDY'S METAL RECYCLING, INC. | ) | CASE NO. 15-30142 |
|     Debtor, | ) | CHAPTER 11 |
| | ) | |
| GOING GREEN METAL | ) | CASE NO. 15-30143 |
| RECYCLING, INC. | ) | CHAPTER 11 |
|     Debtor | ) | |
| | ) | |
| NRJ REAL ESTATE, LLC | ) | CASE NO. 15-30144 |
|     Debtor | ) | CHAPTER 11 |
| | ) | |
| RANDY'S TERRITORIAL, LLC | ) | CASE NO. 15-30145 |
|     Debtor | ) | CHAPTER 11 |

## UNITED STATES TRUSTEE'S LIMITED OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY ACCOUNTANT

NANCY J. GARGULA, United States Trustee ("U.S. Trustee"), by Ellen L. Triebold,

Trial Attorney, pursuant to 28 U.S.C. § 586(a), 11 U.S.C. § 327, and Fed. Rule of Bankr. Proc.

2014, respectfully files this Limited Objection to the Debtor's Application to Employ

Accountant ("Objection"), and in support thereof, states:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334, 151, 157, and N.D. Ind. L.R. 200-1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A). Venue in this Court is proper under 28 U.S.C. § 1409(a).

2. The U.S. Trustee monitors the administration of cases under Chapters 7, 11, 12 and 13 of the Bankruptcy Code pursuant to 28 U.S.C. § 586(a)(3) and has standing under

1

§ 307 to raise, appear, and be heard on any issue in any bankruptcy case or proceeding.

3. On January 30, 2015, voluntary Chapter 11 petitions were filed by five Debtors: Gertrude Street Metal Recycling, Inc., case no. 15-30141; Randy's Metal Recycling, Inc., case no. 15-30142; Going Green Metal Recycling, Inc., case no. 15-30143; NRJ Real Estate, LLC, case no. 15-30144; and Randy's Territorial, LLC, case no. 15-30145 ("the five Debtors").

4. On or about March 17, 2015, the five Debtors each filed an Application to Employ Accountant ("Application") seeking to employ Terrance P. McNamara as accountant pursuant to § 327.

5. Rule 2014 of the Federal Rules of Bankruptcy Procedure requires that applications to employ must list any proposed arrangement for compensation. That information is missing from the Application.

6. Pursuant to § 327 and § 101(14), professionals must be disinterested, which includes not being a creditor. It is unclear from the Application whether Mr. McNamara is owed compensation or other benefits by the five Debtors, and if so, whether he is waiving that debt to be disinterested.

7. Upon request of the U.S. Trustee, Debtor's Counsel has agreed to file a supplemental affidavit to make the necessary disclosures. To date, however, no supplemental affidavits have been filed for these five Debtors. As a result, the U.S. Trustee anticipates that this matter will be resolved but nonetheless respectfully files this limited objection to reserve her rights.

**WHEREFORE**, the United States Trustee respectfully objects to the Debtor's

Application to Employ Accountant, requests that it be denied as filed; requests a hearing if necessary; and requests all other proper relief.

                                        Respectfully submitted,

                                              NANCY J. GARGULA
                                              UNITED STATES TRUSTEE

                                By: __/s/ Ellen L. Triebold _____
                                          Trial Attorney

Office of the U.S. Trustee
555 One Michiana Square Building
100 East Wayne Street
South Bend, IN 46601
(574) 236-8105, ext. 118
Ellen.L.Triebold@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document has been served electronically through the Bankruptcy Clerk's ECF System or by First Class United States Mail this April 7, 2015 upon the following parties:

R. William Jonas, Jr.
rwj.haj@scbglobal.net

Timothy J. Abeska
tim.abeska@btlaw.com

Brian J. Jackiw
brianj@restructuringshop.com

Sean P. Williams
seanw@restructuringshop.com

Robin W. Morlock
Robin.Morlock@usdoj.gov

Stephen B. Grow
sgrow@wnj.com

Dennis M. Ostowski
loubknotices@mapother-atty.com


                                                 _/s/ Ellen L. Triebold _____


Office of the U.S. Trustee
555 One Michiana Square Building
100 East Wayne Street
South Bend, IN 46601
(574) 236-8105, ext. 118
Ellen.L.Triebold@usdoj.gov